**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

------------------------------------------------------x
| | | |
|---|---|---|
| ELIZABETH CARTER, | : | CASE NO.: 5:19-cv-01121-EEF-MLH |
| | : | |
| Plaintiff, | : | JUDGE: ELIZABETH E. FOOTE |
| | : | |
| vs. | : | MAGISTRATE: MARK L. HORNSBY |
| | : | |
| FAIRFIELD OAKS HOME OWNERS ASSOCIATION, INC., | : : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against Defendant,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees.

SHREVEPORT, LOUISIANA, this __3rd__ day of _____August_____, 2020.



_____
JUDGE